UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| SHARON A. BORMANN, | Civil Action No. 6:11-cv-02025-LRR |
| Plaintiff, | |
| v. | |
| COMPREHENSIVE SYSTEMS, INC., | |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

All matters in dispute between the parties to the Lawsuit having been satisfactorily compromised and settled:

**IT IS HEREBY STIPULATED AND AGREED** by and between said parties, by their respective attorneys, that the above-captioned cause and any amendments thereto shall be dismissed with prejudice, without costs to either party, all costs having been paid.

**IT IS FURTHER STIPULATED AND AGREED** that an Order pursuant to the foregoing shall be entered of record without further notice to either party, upon the presentation of this Stipulation.

| SHARON A. BORMANN | COMPREHENSIVE SYSTEMS, INC. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Dale L. Putnam | Joseph H. Laverty |
| Attorney for the Plaintiff | Attorney for the Defendants |
| Putnam Law Office | Wessels Sherman Joerg |
| 801 Commerce Drive, Suite 1 | Liszka Laverty Seneczko P.C. |
| P.O. Box 70 | 101 West Second Street, Suite 307 |
| Decorah, Iowa 52101 | Davenport, IA 52801 |
| Date: 7-2, 2012 | Date: 7-19, 2012 |